1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

BARBARA STUART ROBINSON,

9

                        Plaintiff,

Case No. C25-2082-JCC

10

        v.

ORDER

11

STATE OF WASHINGTON,

12

                        Defendant.

13

14        Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan,

15   United States Magistrate Judge, any objections or responses, and the remaining record, the Court

16   finds and ORDERS:

17        (1) The Court ADOPTS the Report and Recommendation;

18        (2) Plaintiff's IFP Application, Dkt. 1, is DENIED.  Plaintiff is directed to pay the full

19   filing fee of $405.00 within **thirty (30) days** of the date of signature below.  If the filing fee is

20   not paid, this case will be dismissed;

21        (3) The Clerk shall file the Complaint only on receipt of the filing fee.  If no filing fee is

22   paid within **thirty (30) days** of the date of this Order, the Clerk is directed to close the file; and

23

ORDER - 1

1        (4) The Clerk is directed to send copies of this Order to the Parties and to Judge

2  Vaughan.

3        Dated this 15th day of December, 2025.

 

 

 

JOHN C. COUGHENOUR
United States District Judge

ORDER - 2